UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LAUREL RICHARDSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No: |
| vs | ) | |
| | ) | |
| LIBERTY MUTUAL INSURANCE COMPANY | ) | |
| | ) | |
| Defendant. | ) | |

APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for: LAUREL RICHARDSON

I certify that I am admitted to practice in this court.

_2/7/23__________________
Date

_/s/ Melissa A. Davidson_____________
Melissa A. Davidson, #26068-49
Hankey, Marks and Crider
429 E. Vermont Street, Suite 200
Indianapolis, IN 46202
Ph: 317-599-4111
Fax: 317-634-9818
mdavidson@hankeylaw.com