UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| LAUREL RICHARDSON,<br><br>Plaintiff(s),<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE,<br>COMPANY,<br><br>Defendant(s). | ) | Cause No. 1:23-CV-00240-JMS-TAB |

## MOTION TO APPEAR *PRO HAC VICE*

Now comes Melissa Davidson, one of the attorneys for Plaintiff, Laurel Richardson, and in accordance with Local Rule 83-6(b)(2), moves to admit attorney Anthony Vessel *pro hac vice* in this matter. In support thereof, movant states the following in accordance with Local Rule 83-6(d):

1. The attorney seeking admission, Anthony Vessel, certifies he is admitted to practice and in good standing (*i.e.,* currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s):Southern District of Texas, admitted May 2, 2013.

2. Anthony Vessel has never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. He has never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. Anthony Vessel certifies that he have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4. The administrative fees required to process this motion for admission *pro hac vice* will be paid to the Clerk of this Court via pay.gov at the time of filing this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated: 2/20/23

As to Certification:

By: */s/J. Anthony Vessel*

J. Anthony Vessel
Tex. Bar. No. 24084019
Fed. I.D. No. 1692384
anthony@marcwhitehead.com
403 Heights Boulevard
Houston, Texas 77007
Telephone: 713-228-8888
Facsimile: 713-225-0940
ATTORNEY-IN-CHARGE
FOR PLAINTIFF,
LAUREL RCHARDSON

Respectfully Submitted,

/s/ *Melissa D. Davidson*

One of the attorneys for Plaintiff
Melissa Davidson
Hankey, Marks & Crider
429 E. Vermont St., Suite 200
Indianapolis, IN 46202
mdavidson@hankeylaw.com
P: 317-634-8565
F: 317-634-9818