**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF**
**INDIANA**

| | | |
|---|---|---|
| LAUREL RICHARDSON, | ) | |
| Plaintiff(s), | ) | |
| v. | ) | Cause No. 1:23-CV-00240-JMS-TAB |
| LIBERTY MUTUAL INSURANCE, COMPANY, | ) | |
| Defendant(s). | ) | |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of Attorney Melissa Davidson, counsel for Laurel Richardson, for Anthony Vessel to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:


J. Anthony Vessel
Marc Whitehead & Associates, LLP
403 Heights Boulevard
Houston, Texas 77007
Telephone: 713-228-8888
Facsimile: 713-225-0940
anthony@marcwhitehead.com


________________________________ ________________________

**Date** **JUDGE PRESIDING**

Distribution list:

To all registered counsel by CM/ECF