**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| LAUREL RICHARDSON,<br><br>Plaintiff(s),<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE, COMPANY,<br><br>Defendant(s). | ) | Cause No. 1:23-CV-00240-JMS-TAB |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of Attorney Melissa Davidson, counsel for Laurel Richardson, for Anthony Vessel to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

J. Anthony Vessel
Marc Whitehead & Associates, LLP
403 Heights Boulevard
Houston, Texas 77007
Telephone: 713-228-8888
Facsimile: 713-225-0940
anthony@marcwhitehead.com

Counsel shall register for electronic filing, as required by Local Rule 5-3, within 7 days.

Date: 2/21/2023

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via CM/ECF
and to the following via U.S. Mail:

J. Anthony Vessel
Marc Whitehead & Associates, LLP
403 Heights Boulevard
Houston, Texas 77007