# United States District Court
for the
Southern District of Indiana

| | | |
|---|---|---|
| LAUREL RICHARDSON,<br><br>*Plaintiff,*<br><br>vs.<br><br>LIBERTY MUTUAL INSURANCE COMPANY,<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Cause No: 1:23-cv-240-JMS-TAB |

**SUMMONS IN A CIVIL ACTION**

TO:

*Liberty Mutual Insurance Company*
*c/o Corporation Service Company*
*135 N. Pennsylvania Street, Suite 1610*
*Indianapolis, IN 46204-2448*

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) C or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) C you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*Melissa A. Davidson*
*Hankey, Marks and Crider, PC*
*429 E. Vermont Street, Suite 200*
*Indianapolis, IN 46202*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, Roger A.G. Sharpe

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Date: 02/08/2023

BY: Daniel J. Halbing
Deputy Clerk

Civil Action Number: 1:23-cv-240-JMS-TAB

Civil Summons (Page 2)

**PROOF OF SERVICE**

*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* Liberty Mutual Insurance Company was received by me on *(date)* 2/24/23.

☐ I personally served the summons on the individual at *(place)* ______________________ on *(date)* __________; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________________, a person of suitable age and discretion who resides there, on *(date)* __________, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________________, who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ on *(date)* __________; or

☐ I returned the summons unexecuted because ______________________; or

☒ Other *(specify)*: Service via certified return receipt mail.

My fees are $ __________ for travel and $__________ for services, for a total of $__________.

I declare under penalty of perjury that this information is true.

Date: 3/3/23

[signature]
*Server's Signature*

Melissa A. Davidson, Attorney
*Printed name and title*

429 E Vermont St Indianapolis, IN 46202
*Server's address*

Additional information regarding attempted service, etc.

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Liberty Mutual Insurance Co
c/o Corporation Service Company
135 N Pennsylvania St, Ste 1610
Indianapolis, IN 46204-2449

9590 9402 2273 6225 5856 32

2. Article Number *(Transfer from service label)*

7002 2030 0002 6705 6583

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X Mary Coleman
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☒ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt