UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| **LAUREL RICHARDSON,** <br><br> **Plaintiff,** <br><br> **vs.** <br><br> **LINCOLN NATIONAL LIFE INSURANCE COMPANY** <br><br> **Defendant.** | **)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)** | **Case No. 1:23-cv-00240-JMS-TAB** |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of **Iwana Rademaekers**, counsel for **The Lincoln National Life Insurance Company**, for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now ORDERED that the motion [Filing No. 11] be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

**Iwana Rademaekers**
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
**17304 Preston Road, Suite 800**
**Dallas, Texas 75252**
**Main: (214) 579-9319**
**Fax: (469) 444-6456**
**Email: iwana@rademaekerslaw.com**

Date: 3/31/2023

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF