UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| **LAUREL RICHARDSON,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**LINCOLN NATIONAL LIFE INSURANCE COMPANY**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. 1:23-cv-00240-JMS-TAB** |

**JOINT STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i) AS TO DEFENDANT LIBERTY MUTUAL INSURANCE COMPANY WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Plaintiff, as evidenced by the signature of Plaintiff's attorney below, DISMISSES WITH PREJUDICE any and all claims against Defendant Liberty Mutual Insurance Company based on the following stipulation:

On February 7, 2023, Laurel Richardson ("Richardson") filed her Original Complaint (Document 1) against Defendant Liberty Mutual Insurance Company. On March 16, 2023, Plaintiff filed an Amended Complaint (Document 10), naming only Lincoln National Life Insurance Company ("Lincoln") as the sole defendant in this Action. Accordingly, it is hereby stipulated by and between Richardson and Lincoln, by and through their respective counsel, that Liberty Mutual Insurance Company is hereby dismissed from this action with prejudice.

Dismissal under 41(a)(1)(A)(i) is proper since Liberty Mutual Insurance Company has not filed an answer. Plaintiff shall not pursue any costs or attorneys' fees against Liberty Mutual Insurance Company.

Dated: April 13, 2023

Respectfully submitted,

CHARLES D. HANKEY LAW OFFICE

/s/ Melissa A. Davidson

Melissa A. Davidson
434 E. New York Street
Indianapolis, IN 46202
(317)634-8565
(317) 634-9818
mdavidson@hankeylaw.com

- *and*

MARC WHITEHEAD & ASSOCIATES,
ATTORNEYS AT LAW L.L.P.

/s/ J. Anthony Vessel

J. Anthony Vessel
State Bar of Texas No. 24084019
Email: anthony@marcwhiteheac.com
403 Heights Boulevard
Houston, Texas 77007
PH: (713) 228-8888
FX: (713) 225-0940
Email: madison@marcwhitehead.com

ATTORNEYS FOR PLAINTIFF

**AND**

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

/s/ Iwana Rademaekers

Iwana Rademaekers
Admitted *Pro Hac Vice*
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I certify that on the 13th day of April 2023, the foregoing **JOINT STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i) AS TO DEFENDANT LIBERTY MUTUAL INSURANCE COMPANY WITH PREJUDICE** was filed electronically and that a true and correct copy was sent to the following counsel via electronic mail:

Melissa A. Davidson
CHARLES D. HANKEY LAW OFFICE, PC
mdavidson@hankeylaw.com

and

J. Anthony Vessel
MARC WHITEHEAD & ASSOCIATES,
ATTORNEYS AT LAW L.L.P.
Email: anthony@marcwhitehead.com

s/ Iwana Rademaekers

LAW OFFICES OF IWANA
RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
iwana@rademaekerslaw.com