UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

Dismissal as to Defendant Liberty Mutual Insurance Company only acknowledged [15].
JMS, DJ 4/13/23
Distribution via ECF

| | | |
|---|---|---|
| **LAUREL RICHARDSON,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**LINCOLN NATIONAL LIFE INSURANCE COMPANY**<br><br>**Defendant.** | **)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)** | **Case No. 1:23-cv-00240-JMS-TAB** |

**JOINT STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i) AS TO <u>DEFENDANT LIBERTY MUTUAL INSURANCE COMPANY WITH PREJUDICE</u>**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Plaintiff, as evidenced by the signature of Plaintiff's attorney below, DISMISSES WITH PREJUDICE any and all claims against Defendant Liberty Mutual Insurance Company based on the following stipulation:

On February 7, 2023, Laurel Richardson ("Richardson") filed her Original Complaint (Document 1) against Defendant Liberty Mutual Insurance Company. On March 16, 2023, Plaintiff filed an Amended Complaint (Document 10), naming only Lincoln National Life Insurance Company ("Lincoln") as the sole defendant in this Action. Accordingly, it is hereby stipulated by and between Richardson and Lincoln, by and through their respective counsel, that Liberty Mutual Insurance Company is hereby dismissed from this action with prejudice.

Dismissal under 41(a)(1)(A)(i) is proper since Liberty Mutual Insurance Company has not filed an answer. Plaintiff shall not pursue any costs or attorneys' fees against Liberty Mutual Insurance Company.

Dated: April 13, 2023

Respectfully submitted,