UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **LAUREL RICHARDSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) |
| | ) Case No. 1:23-cv-00240-JMS-TAB |
| **LINCOLN NATIONAL LIFE** | ) |
| **INSURANCE COMPANY** | ) |
| | ) |
| **Defendant.** | ) |

> Dismissal with prejudice acknowledged [24]. JMS, DJ 1/3/24 Distribution via ECF

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Laurel Richardson and The Lincoln National Life Insurance Company file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 2nd day of January 2024.

Respectfully submitted,

MARC WHITEHEAD & ASSOCIATES,
ATTORNEYS AT LAW L.L.P.

 /s/ J. Anthony Vessel
J. Anthony Vessel
Admitted *Pro Hac Vice*
403 Heights Boulevard
Houston, Texas 77007
PH: (713) 228-8888
FX: (713) 225-0940
anthony@marcwhitehead.com